# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00342-CR

**Lee Andrew Green, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-14-904017, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for appellant Lee Andrew Green has filed a motion to permanently abate this appeal in light of the fact that, he advises us, Green has died. Where, as here, an appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the court is to permanently abate the appeal.[1] Accordingly, we grant the motion and permanently abate the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Permanently Abated

Filed: December 17, 2015

Do Not Publish

_____

[1] Tex. R. App. P. 7.1(a)(2).